IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES G. REECE,

        Plaintiff,                    No. 2:11-cv-2712 TLN AC P

    vs.

AMRIK BASI, et al.,

        Defendants.            ORDER

/

        By his notice at ECF No. 32, defendant Basi has demonstrated timely reimbursement of the United States Marshal's Service for the cost of personal service upon him pursuant to court order.  Accordingly, the court finds that defendant Basi has fully discharged this court's order at ECF No. 28.

        IT IS SO ORDERED.

DATED: April 8, 2013.

                                                  ALLISON CLAIRE
                                                  UNITED STATES MAGISTRATE JUDGE

AC:009
reec2712.dsc

1