UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES G. REECE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AMRICK BASI, et al.,<br><br>　　　　Defendants. | No.  2:11-cv-2712 TLN AC P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Because of a docketing error and the need for clarification regarding plaintiff's claims, the court vacated the parties' cross-motions for summary judgment with leave to re-file the motions within sixty days.  ECF No. 91.

　　　　The court has received motions for summary judgment from defendants Lahey, Villote, and Basi.  ECF Nos. 92, 94.  The court has also received a motion for summary judgment from plaintiff against defendant Basi.  ECF No. 95.  The court has not received a motion for summary judgment from plaintiff against defendants Lahey and Villote, though it has received plaintiff's opposition to their motion for summary judgment (ECF Nos. 96-100).  The court notes that during the original filing of dispositive motions, plaintiff filed a motion for summary judgment against defendants Lahey and Villote that was designated as a "supplemental" motion for summary judgment.  ECF No. 73-1.  In light of the previous docketing error in this case, and to

1

1  prevent any further such errors or delay, the court seeks clarification from plaintiff as to whether
2  he filed a motion for summary judgment against defendants Lahey and Villote or whether he
3  intended only to oppose their motion for summary judgment.
4      Accordingly, IT IS HEREBY ORDERED that within fourteen days of service of this
5  order, plaintiff must file a notice with the court stating whether he filed a renewed motion for
6  summary judgment against defendants Lahey and Villote or whether he intended to file only an
7  opposition to the motion for summary judgment filed by defendants Lahey and Villote.  If
8  plaintiff filed a renewed motion for summary judgment against defendants Lahey and Villote, he
9  must submit another copy for filing and state the date he originally mailed the renewed motion.
10 DATED: December 7, 2015

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE